IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WALTON COUNTY, WALTON
COUNTY BOARD OF COUNTY
COMMISSIONERS, WAYNE
DYESS, AND BILLY
BEARDEN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-294

      Appellants,

v.

SANDESTIN INVESTMENTS,
LLC, A FLORIDA LIMITED
LIABILITY COMPANY,

      Appellee.

_____/

Opinion filed October 8, 2015.

An appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

Mark D. Davis and Sidney N. Noyes, Office of the County Attorney, DeFuniak
Springs, for Appellants.

Dana C. Matthews and John M. Stratton of Matthews & Jones, LLP, Destin, for
Appellee.


PER CURIAM.

      The trial court entered an injunction requiring Appellants (the county) to

accept and process a development application submitted by Appellee. The county

appealed.  We reversed because the order granting the injunction "failed to address any of the four criteria necessary for the issuance of an injunction and failed to set forth any factual findings in support of the required criteria."  <u>Walton Cnty. v. Sandestin Invs., LLC</u>, 148 So. 3d 172, 173 (Fla. 1st DCA 2014).  We remanded to the trial court "to either enter an order that satisfies all the requirements for entry of a temporary injunction or, if appropriate, an order denying the injunction."  <u>Id.</u>  On remand, the trial court entered an amended order with factual findings to support the injunction.  The county appealed.  We reverse and remand to the trial court with instructions to vacate the injunction because the findings in the amended order – particularly the findings of the likelihood of irreparable harm to Appellee – are not supported by competent substantial evidence.

REVERSED and REMANDED.

WOLF, WETHERELL, and BILBREY, JJ., CONCUR.